## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Zosimo Reyes Saenz,                                    Civil No. 08-602 (DWF/RLE)

          Petitioner,

v.                                                                             **ORDER**

Warden Ricardo Rios,

          Respondent.

---

Zosimo Reyes Saenz, *Pro Se*, Petitioner.

Jeffrey S. Paulsen, Assistant United States Attorney, United States Attorney's Office, counsel for Respondent.

---

Based upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that:

1. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is summarily **DISMISSED** for lack of jurisdiction.

2. The Petitioner's Motion Seeking Relief by Way of 2241 Habeas Corpus (Doc. No. 2) is **DENIED**.

3. The Petitioner's application for leave to proceed *in forma pauperis* (Doc. No. 3) is **DENIED**, as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 26, 2008             s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   Judge of United States District Court